---



777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

MEMO ENDORSED

November 14, 2022

**Via ECF**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> **Re:** Extension request.
> **Case Name** HAWKINS V. HAGLER ET. AL
> **Case No.** 7:21-cv-08404-KMK

Dear Judge Karas,

I hope this letter finds you well. I represent the Plaintiff in the above-referenced matter. I would like to respectfully request an extension to complete the explanation for the feasibility of a motion for summary judgment by November 16, 2022.

Unfortunately, this past week I had to let go of two of my paralegals, and I have been addressing issues caused by the termination. I do apologize for this inconvenience, but hopefully, I can get the letter done by Wednesday.

Thank you for your time and consideration of this request.

Respectfully Submitted,

By: *Jordan El-Hag*

Jordan El-Hag, Esq.

---

**Denied.** This request is untimely, as it is filed on the eve of the pre-motion conference. Moreover, the initial letter, which was filed before the paralegals were let go, was obviously insufficient. The conference will go forward as scheduled.

So Ordered.
/s/ 11/14/22