**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Melvina Hawkins,

                            Plaintiff,                 7:21-cv-08404-KMK

        -against-                                     NOTICE OF MOTION

Sandra Hagler, Domalosa, Inc. d/b/a Iris Farms, James
McCarl, Esq., The Law Office of James McCarl &
Associates;

                            Defendants.
-----------------------------------------------------------------X

**TO:** James McCarl, Esq.
Law Office of James McCarl
18 Bridge Street,
Montgomery, NY 12549

| | |
|---|---|
| **MOTION MADE BY:** | Plaintiff, Melvina Hawkins |
| **DATE, TIME and PLACE:** | February 26, 2023, at 5:00 pm before the Hon. Judge Kenneth M. Karas at the United States District Court for the Southern District of New York, United States Court District Court House, 300 Quarropas Ave, White Plains, NY 10601. On the papers only, unless otherwise directed by the Court. |
| **SUPPORTING PAPERS:** | Affidavit of Jordan El-Hag, Esq. with attached exhibits, Declaration of Melvina Hawkins and the exhibits annexed thereto; and a Memorandum of Law, and FRCP 56.1 Statement. |
| **RELIEF REQUESTED:** | An Order Granting Plaintiff's motion for summary judgment under FRCP 56.1 and dismissing with prejudice Defendants' counterclaims. |
| **ANSWERING PAPERS:** | All answering papers, if any, are to be served via ECF by February 5, 2023. |

- Continued-

*Denied. This motion was not filed in accordance with the Individual practice of Judge Karas*

SO ORDERED /s/ KMK [1]

KENNETH M. KARAS U.S.D.J.
1/6/2023

**REPLY PAPERS:** All reply papers, if any, are to be served via ECF by February 26, 2023.

Dated: White Plains, New York
       January 5, 2023

By: _____
Jordan El-Hag, Esq.
El-Hag & Associates, P.C
Attorney for Plaintiff
777 Westchester Ave., Suite 101
White Plains, N.Y 10604
(914) 218-6190 (o)
(914) 206-4176 (f)
Jordan@elhaglaw.com

2