

MEMO ENDORSED

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

September 13, 2023

**Via ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

        **Re:** Request to remove documents from Pacer the public access
        **Case Name:** Hawkins v. Hagler, et. al.
        **Case No:** 7:21-cv-08404-KMK

Dear Judge Karas,

    I am the attorney representing the Plaintiff in the above-referenced matter. I write you to inform you that attorney James McCarl submitted exhibits containing Plaintiff's personal information such as social security number, address, date of birth and bank information.

    Consequently, we respectfully request the Court remove the Defendant's exhibits filed in connection with from the public record as they contain Plaintiff's personal information. The specific exhibits containing said information are:

- Exhibit M (Pacer Doc. No.49-16);
- Exhibit N (Pacer Doc. No. 49-16);
- Exhibit O (Pacer Doc. No. 49-17 );
- Exhibit R (Pacer Doc. No. 49-20);

We thank you in advance for your time and attention to this matter.

Thank you,

/s/ Jordan El-Hag

By: _____
Jordan El-Hag, Esq

Granted.
So Ordered.
9/14/23