UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MELVINA HAWKINS,

                         Plaintiff,

            v.

THE LAW FIRM OF JAMES R. MCCARL &
ASSOCIATES, *et al.*,

                        Defendants.

No. 21-CV-8404 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

      For the reasons stated on the record during the Court's June 18, 2024 hearing, Plaintiff's Motion is denied with regard to her FLSA claim and granted with regard to Defendants' retaliation counterclaim.

      Plaintiff is directed to submit a letter explaining why this Court should retain jurisdiction over her state law claims by August 31, 2024.  Defendants must respond by September 30, 2024.  Any reply is due by October 14, 2024.

SO ORDERED.

DATED:    June 18, 2024
                White Plains, New York

                                                  KENNETH M. KARAS
                                                  UNITED STATES DISTRICT JUDGE