UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Hawkins,

                      Plaintiffs,

      -against-

Hagler, et al.,

                      Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:21-cv-8404 VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **2/12/25 at 11:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

    **SO ORDERED.**

DATED:    White Plains, New York
               January 22, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/2025