UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Melvina Hawkins

                          Plaintiff,                      **SCHEDULING ORDER**

      -against-                                         7:21-cv-08404-VR

The Law Firm of James R. McCarl & Associates,
et al.

                          Defendants.
---------------------------------------------------------------X

The Court has scheduled a Settlement Conference for February 28, 2025 at 2:00 p.m. via Microsoft Teams. A separate e-mail will be sent to counsel containing information on how to connect to the conference.

Parties are required to appear. Counsel are required to submit a confidential, *ex parte* letter, so identified, to the Court, not to exceed 5 pages in length, no later than five business days prior to the conference. The letter must summarize (1) the history of settlement negotiations; (2) the issues in the case; (3) the party's settlement valuation of the case and the rationales for it; and (4) any other information counsel believes would assist the Court in preparation for the conference. In addition, prior to the submission of the *ex parte* letters, Plaintiff must make at least one new settlement demand, and Defendants must make at least one new settlement offer.

Dated:  February 13, 2025
         White Plains, New York

                                                   **SO ORDERED:**

                                                   _____
                                                   KIM P. BERG
                                                   United States Magistrate Judge